United States Bankruptcy Court
Western District of Virginia

Notice of Appearance
On Multiple Cases

The undersigned hereby appears in these Bankruptcy Proceedings as Counsel of record for the secured creditor in the bankruptcy cases and for the creditors listed on the attached Exhibit A and requests that it be placed upon the mailing list of those creditors, parties-in-interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

Shapiro & Brown, LLP

By: __/s/ James R. Meizanis____
    James R. Meizanis, VSB #80692
    Shapiro & Brown, LLP
    501 Independence Parkway,
    Suite 203
    Chesapeake, VA 23320
    757-687-8777

Certificate of Service

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 20th ___ day of August, 2015 to all parties in interest involved in the cases listed on the attached Exhibit A.

Shapiro & Brown, LLP

By: __/s/ James R. Meizanis___
    James R. Meizanis, VSB #80692
    Shapiro & Brown, LLP
    501 Independence Parkway,
    Suite 203
    Chesapeake, VA 23320
    757-687-8777

# Exhibit "A"

| Case Number | Debtors | Chapter | Filing Date |
|---|---|---|---|
| 08-62664 | Alfonzia Moore Irvin and Shirley Frances Irvin | 13 | 11/6/2008 |
| 09-51363 | Stephen Wesley Ambrose and Peggy Lee Ambrose | 13 | 8/30/2009 |
| 09-60774 | Danny Ralph Wilson and Denise Roberts Wilson | 7 | 3/12/2009 |
| 09-62126 | Mary Elizabeth Walker | 13 | 7/2/2009 |
| 09-63653 | Stacey Newell Hairston and Belinda Diane Hairston | 13 | 11/13/2009 |
| 09-63767 | Michael Anthony Simms and Jennifer Dawn Simms | 13 | 11/24/2009 |
| 09-63797 | Cheryl Shepheard Byers | 13 | 11/29/2009 |
| 09-63802 | John Thurman Patsell and Kimberly Dressler Patsell | 13 | 11/30/2009 |
| 09-64061 | James Willard Toombs and Carol Jean Toombs | 13 | 12/23/2009 |
| 09-71163 | Gary Lee Johnson | 13 | 5/11/2009 |
| 09-72559 | Naiyer Imam and Lubna Imam | 7 | 10/6/2009 |
| 09-73254 | Michael Clayton Younce and Angela Renee Younce | 13 | 12/30/2009 |
| 10-50088 | Charles William Wiley and Sarah Ann Wiley | 13 | 1/20/2010 |
| 10-50157 | Gary Lee Breeden and Rebecca Sue Robertson Breeden | 13 | 2/2/2010 |
| 10-50459 | Donna Marie Wolfe | 13 | 3/25/2010 |
| 10-50528 | Bryan Patrick Harlow and Emily Elaine Harlow | 13 | 4/1/2010 |
| 10-50530 | Clinton Wayne Burks | 13 | 4/1/2010 |
| 10-50908 | James Darwin Reed and Debra Montgomery Reed | 13 | 5/27/2010 |
| 10-51092 | Benjamin Adams Gainer | 13 | 6/30/2010 |
| 10-51117 | Greg Alan Hoylman and Teresa Lynn Hoylman | 13 | 7/8/2010 |
| 10-51181 | Carlis Philmore Reece and Deborah Sheets Reece | 13 | 7/20/2010 |
| 10-51247 | Darlene Litten | 13 | 7/29/2010 |
| 10-51267 | David Brian Colley and Kathy Jane Colley | 13 | 8/2/2010 |
| 10-51472 | Davina Dee Fix | 13 | 9/9/2010 |
| 10-51590 | Joseph L. Troise | 13 | 9/28/2010 |
| 10-51607 | Michael Sly and Vickie Sly | 13 | 9/29/2010 |
| 10-51689 | Robert N. Streets and Wanda L. Streets | 13 | 10/15/2010 |
| 10-51888 | Eric Howe Blackwell and Sarah Phillips Blackwell | 13 | 11/22/2010 |
| 10-51942 | John Thomas Scott and Susan Gayle Scott | 13 | 12/5/2010 |
| 10-60031 | Walter J Wilkerson and Karen Mawyer Wilkerson | 13 | 1/7/2010 |
| 10-60257 | Gary Aldwin Barnett and Carolyn Goodwin Barnett | 13 | 1/29/2010 |
| 10-60521 | Michelle H Jones | 7 | 2/25/2010 |
| 10-60543 | Albert William Mills and Brenda Ann Mills | 13 | 2/26/2010 |

| 10-60643 | Kurt Robert Maulbeck and Patti A Maulbeck | 13 | 3/8/2010 |
|---|---|---|---|
| 10-60680 | James M. Towler | 13 | 3/10/2010 |
| 10-60800 | Josanne Maria Bryson | 13 | 3/18/2010 |
| 10-60816 | Lori Ann Brim | 13 | 3/19/2010 |
| 10-61204 | Ricky Lynn Coffey and Vickie Lynn Coffey | 13 | 4/23/2010 |
| 10-61209 | Linda Hawkins Styne | 13 | 4/23/2010 |
| 10-61230 | Chester Deen Bennett and Glenda Faye Bennett | 13 | 4/27/2010 |
| 10-61259 | Donald W Goin and Karen V Goin | 13 | 4/29/2010 |
| 10-61332 | Deborah Arnn Collins | 13 | 5/5/2010 |
| 10-61355 | Eric S Hill and Janalyn M Hill | 13 | 5/6/2010 |
| 10-61500 | Roosevelt Fletcher Miller | 13 | 5/21/2010 |
| 10-61529 | Yolonda Rene'e Lovan | 13 | 5/21/2010 |
| 10-61556 | William Thomas Wooldridge and Tammie Lee Wooldridge | 13 | 5/24/2010 |
| 10-61560 | Nathaniel David Winston, Sr. | 13 | 5/25/2010 |
| 10-61634 | Charlie A Hooper and Tanya T Hooper | 13 | 6/1/2010 |
| 10-61651 | Charlene Fumiko Hicks and John Garner Hicks | 13 | 6/3/2010 |
| 10-61668 | Boyd W Hogan and Teresa M Hogan | 13 | 6/4/2010 |
| 10-61740 | Ernie Ray Sawyer and Donna Jean Sawyer | 13 | 6/11/2010 |
| 10-61810 | Paul Allen Witt and Stephanie Nicole Witt | 13 | 6/18/2010 |
| 10-61812 | Charles William Ferguson | 13 | 6/18/2010 |
| 10-61838 | Carol Benfer Wall | 13 | 6/24/2010 |
| 10-61894 | Waverly Willis Davidson and Nancy Jane Davidson | 13 | 6/30/2010 |
| 10-62169 | David John Grubb and Susan Michelle Grubb | 13 | 7/29/2010 |
| 10-62194 | Sue Carol Brady | 13 | 7/30/2010 |
| 10-62198 | Dwaine Sylvester Thacker and Laura Gibson Thacker | 13 | 7/30/2010 |
| 10-62318 | Constance Lucille Coles | 13 | 8/13/2010 |
| 10-62369 | Billy Jackson Massey | 13 | 8/18/2010 |
| 10-62411 | Gilbert C Cooke and Betty S Cooke | 13 | 8/23/2010 |
| 10-62473 | Gloria J Davis | 13 | 8/27/2010 |
| 10-62526 | Kevin Lee Dawson and Heidi Hudson Dawson | 13 | 8/31/2010 |
| 10-62626 | Mark Edward Lindsay and Catherine Elizabeth Lindsay | 13 | 9/14/2010 |
| 10-62689 | Mark David Taylor and Jeanne Lynne Taylor | 13 | 9/20/2010 |
| 10-62691 | Geraldine Theresa Thomas | 13 | 9/20/2010 |
| 10-62695 | Bruce Boyd Toler and Renee Patrice Toler | 13 | 9/20/2010 |
| 10-62990 | Terry Lynn Reeder and Lucy Elizabeth Reeder | 13 | 10/20/2010 |
| 10-63076 | Jose Francisco Ribeiro-Mills and Janet Korkor Ribeiro-Mills | 13 | 10/28/2010 |
| 10-63247 | David W Jones and Kimberly L Jones | 13 | 11/11/2010 |
| 10-63309 | Curtis Allen New and Theresa Gail New | 13 | 11/19/2010 |
| 10-63310 | Davy Lee Mullins and Joanne Neil Mullins | 13 | 11/19/2010 |
| 10-63426 | Demetrius NMN Crews and Mary Ann Crews | 13 | 11/30/2010 |
| 10-70148 | Millard Fillmore Owens, III and Cathy Alliff Owens | 13 | 1/20/2010 |

| | | | |
|---|---|---|---|
| 10-70151 | Michael Lyn Lawhorn | 13 | 1/21/2010 |
| 10-70551 | Stephen Lee Altice | 13 | 3/10/2010 |
| 10-70764 | Charles E. Burns and Sandra K. Burns | 13 | 3/30/2010 |
| 10-70965 | Charles Hal Bryant | 13 | 4/20/2010 |
| 10-71171 | Roy Lee Deisher and Betty Hartberger Deisher | 13 | 5/13/2010 |
| 10-71373 | Elbert Lee Naff, Jr | 13 | 6/4/2010 |
| 10-71425 | Charles David Blevins and Angela Dawn Blevins | 13 | 6/10/2010 |
| 10-71576 | Rebecca Ann Dunn | 13 | 6/30/2010 |
| 10-71897 | Cynthia Leigh Goldstein | 13 | 8/4/2010 |
| 10-72027 | Rene Francois Perrier and Regena Marlene Wise-Perrier | 13 | 8/20/2010 |
| 10-72156 | David A. Bowles | 13 | 9/7/2010 |
| 10-72208 | Anthony Marcus Reed and Anita Jo Reed | 13 | 9/13/2010 |
| 10-72314 | Bernard Wayne Haynes, Jr. and Stephanie Hobson Haynes | 13 | 9/24/2010 |
| 10-72412 | Robin Lynn Joyce | 13 | 10/6/2010 |
| 10-72425 | George Floyd Wyatt, Sr. | 13 | 10/7/2010 |
| 10-72465 | James Thomas Wray, Jr and Wanda Kaye Wray | 13 | 10/14/2010 |
| 10-72514 | Willard Wade Brown and Christy Dawn Brown | 13 | 10/21/2010 |
| 10-72596 | Donald Preston Gamble, Jr and Tracie Leigh Gamble | 7 | 11/1/2010 |
| 10-72614 | Stacy Jo Campbell Poore | 13 | 11/2/2010 |
| 10-73004 | Robert Brent Peaslee and Melanie Alice Peaslee | 13 | 12/30/2010 |
| 11-50043 | Tony A Corbin and Laurie A Corbin | 13 | 1/14/2011 |
| 11-50165 | Gregory N. Gardner | 13 | 2/15/2011 |
| 11-50182 | Eric Eugene Hanson | 13 | 2/17/2011 |
| 11-50754 | William Steven Miller | 13 | 5/20/2011 |
| 11-50990 | Patricia Ann Sours | 13 | 7/11/2011 |
| 11-51594 | Robert Allen McKinney and Mary Rhodes McKinney | 13 | 11/9/2011 |
| 11-51648 | Kevin S. Dove and Carey S. Dove | 13 | 11/21/2011 |
| 11-51810 | Julian Duane Rothgeb, Sr. and Kandyce Renee Rothgeb | 13 | 12/31/2011 |
| 11-60004 | Lynn Andre Hackley and Heather Lynne Hackley | 13 | 1/3/2011 |
| 11-60141 | Janice Lorraine Moore | 13 | 1/20/2011 |
| 11-60219 | Susan L Jeffries | 13 | 1/28/2011 |
| 11-60242 | Diane Louise Wolfe | 13 | 1/31/2011 |
| 11-60289 | Linda Carole Ramsey | 13 | 2/2/2011 |
| 11-60316 | Thomas Nelson Womack | 13 | 2/7/2011 |
| 11-60395 | Sharon Melissa Gillespie | 13 | 2/17/2011 |
| 11-60465 | Michael Vernon Giannini | 13 | 2/23/2011 |
| 11-60545 | Ardie Ray Thomas and Beverly Cabell Thomas | 13 | 2/28/2011 |
| 11-60735 | Joyce Thornhill Stamps | 13 | 3/18/2011 |
| 11-60980 | David S Carlson and Debra W Carlson | 13 | 4/14/2011 |
| 11-61023 | Amanda Young Vanderploeg and Daniel Ray Vanderploeg | 13 | 4/20/2011 |
| 11-61067 | Robert L Mitchell | 13 | 4/22/2011 |

| | | | |
|---|---|---|---|
| 11-61129 | Savannah Lewis Elliott | 13 | 4/29/2011 |
| 11-61212 | Jason Lewis Morris and Chastity Kidd Morris | 13 | 5/10/2011 |
| 11-61216 | Walton Davis Morris and Cassandra Renstrom Morris | 13 | 5/10/2011 |
| 11-61264 | Jon Leonard Jones and Janean Marie Jones | 13 | 5/16/2011 |
| 11-61313 | Twila Jean Edwards | 13 | 5/20/2011 |
| 11-61347 | Donald R Skipper and Stefanie H Skipper | 13 | 5/24/2011 |
| 11-61425 | Orien K. Smallwood and Jacqueline Covington Smallwood | 13 | 6/2/2011 |
| 11-61532 | John Scott Fraser | 13 | 6/17/2011 |
| 11-61694 | Nicole Therese Atkins | 13 | 7/5/2011 |
| 11-61710 | Kraig Landon McBride | 13 | 7/7/2011 |
| 11-61716 | Kenneth Raymond Ayers and Debrah Delilah Ayers | 13 | 7/7/2011 |
| 11-61745 | Chad H O'Brien and Jean Marie O'Malley | 13 | 7/11/2011 |
| 11-61787 | Francisco Javier Astorga | 13 | 7/15/2011 |
| 11-61821 | Guiseppe David Orsolini and Brenda Jean Orsolini | 13 | 7/19/2011 |
| 11-61890 | Richard M. Keesler and Shannon M. Keesler | 13 | 7/27/2011 |
| 11-61984 | Mark C Meyers and Kimberly J Meyers | 13 | 8/5/2011 |
| 11-62019 | James Duane Frazier and Lisa Gayle Frazier | 13 | 8/9/2011 |
| 11-62046 | Ferman Lavere Day and Sylvia Hairston Day | 13 | 8/12/2011 |
| 11-62106 | Pedro Victor Mederos and Diane Felicia Mederos | 13 | 8/22/2011 |
| 11-62151 | Timmie Ray Bradley and April Antionette Tarpley-Bradley | 13 | 8/25/2011 |
| 11-62153 | Ella Chambers | 13 | 8/25/2011 |
| 11-62248 | Malcolm R. Thompson and Jeannie M Thompson | 13 | 9/7/2011 |
| 11-62293 | Christopher Carl Rigas | 13 | 9/13/2011 |
| 11-62371 | Carolyn Atkins Marlowe | 13 | 9/21/2011 |
| 11-62390 | Gary Wayne Thomas | 13 | 9/23/2011 |
| 11-62493 | Percy Lee Wilson and Peggy Jean Wilson | 13 | 10/5/2011 |
| 11-62534 | Karen Elaine Sauers | 13 | 10/12/2011 |
| 11-62635 | Kimberly McCauley Crow | 13 | 10/25/2011 |
| 11-62655 | Kevin Joseph Gray and Sheila Robinson Gray | 13 | 10/26/2011 |
| 11-62666 | Robert Scott Melunis and Corina Mae Melunis | 13 | 10/27/2011 |
| 11-62772 | Donna Lynn Cooper | 13 | 11/8/2011 |
| 11-62969 | Susan Johnson Smith | 13 | 11/30/2011 |
| 11-62989 | Christine Penick Thomas | 13 | 12/2/2011 |
| 11-63038 | Corvin Lance Turner and Robin Lee Turner | 13 | 12/8/2011 |
| 11-63043 | Johnay Michelle Harris-Goode | 13 | 12/9/2011 |
| 11-63066 | Lisa Jane Whitesell | 13 | 12/13/2011 |
| 11-63089 | Derrick Scott Knighton and Mileidy Centeno Knighton | 13 | 12/15/2011 |
| 11-63112 | Kathy Mallory-Chavers | 13 | 12/19/2011 |
| 11-63125 | Henry Lee Keatts | 13 | 12/20/2011 |
| 11-63128 | Rodney Andre Motley | 13 | 12/20/2011 |

| | | | |
|---|---|---|---|
| 11-63135 | Curtis Wayne Tyree | 13 | 12/21/2011 |
| 11-63142 | Joseph S Getchell and Debra S Getchell | 13 | 12/21/2011 |
| 11-70166 | Barbara Olinger Jesberg | 13 | 1/28/2011 |
| 11-70602 | Erin Jones Reed | 13 | 3/23/2011 |
| 11-70610 | David Walter Smith and Martha Deneen Smith | 13 | 3/24/2011 |
| 11-70630 | William Ronald Brewer, Jr. and Bonita Mae Brewer | 13 | 3/25/2011 |
| 11-71107 | Alisha Ann Bartley | 13 | 5/18/2011 |
| 11-71220 | Harrison Lester Smith and Sarah Louise Smith | 13 | 6/3/2011 |
| 11-71277 | William Michael Brown, Sr. and Elizabeth Mae Brown | 13 | 6/13/2011 |
| 11-71674 | Randolph Brian Bush, Sr. and Charmaine J Bush | 13 | 8/9/2011 |
| 11-71685 | Joe Thomas Wilson, IV and Michelle Boitnott Wilson | 13 | 8/10/2011 |
| 11-71707 | Letha Ann Persinger | 13 | 8/12/2011 |
| 11-71788 | Rodney Lynn Johnson and Cheryl Derotha Johnson | 13 | 8/25/2011 |
| 11-72132 | Eric Lanier Jeffers and Leigh Hunter Jeffers | 13 | 10/19/2011 |
| 11-72143 | Jonathan Edward Reid and Virginia Hanna Reid | 13 | 10/21/2011 |
| 11-72166 | Shiler Carter Saint-Hilaire and Veline NMN Saint-Hilaire | 13 | 10/24/2011 |
| 11-72232 | Jeffrey Scot Landwehr and Elisa Durham Landwehr | 13 | 10/31/2011 |
| 11-72242 | John Christopher Martin Henson and Connie Stevens Henson | 13 | 11/1/2011 |
| 11-72384 | Gary Lewis Thomas | 13 | 11/29/2011 |
| 11-72548 | Kerry Andrew Stacy and Anna Maria Stacy | 13 | 12/20/2011 |
| 12-50114 | Mary Frances Carter | 13 | 1/31/2012 |
| 12-50264 | Paul A. Sullivan and Beth R. Sullivan | 13 | 2/29/2012 |
| 12-50306 | Kenneth Ray Moore and Charlene Andrews Moore | 13 | 3/7/2012 |
| 12-50460 | Robert B. Godlove | 13 | 4/3/2012 |
| 12-50605 | Melvin Rossor Bishop, III and Reva Jane Bishop | 13 | 4/30/2012 |
| 12-50615 | Raynardo Artini Groves and Cassandra Lynn Groves | 13 | 5/1/2012 |
| 12-50727 | Paul Donald Westbury, Sr. and Mary Kathryn Westbury | 13 | 5/25/2012 |
| 12-51027 | Crystal Dawn Jenkins | 13 | 7/31/2012 |
| 12-51132 | William M. Parmeter and Louise A. Parmeter | 13 | 8/24/2012 |
| 12-51177 | William Hunter Merchant, Jr and Cheryl Lynn Merchant | 13 | 8/31/2012 |
| 12-51211 | Brett Allen Cress and Laura Kay Cress | 13 | 9/11/2012 |
| 12-51364 | Stacy Alan Smootz and Kelly Ann Smootz | 13 | 10/18/2012 |
| 12-51445 | Allen Troy Rutherford and Pamela Irene Rutherford | 7 | 11/6/2012 |
| 12-51481 | Alvin J. Hughes, II and Janice L. Hughes | 13 | 11/15/2012 |
| 12-51488 | Martha Dobbs Smith | 13 | 11/16/2012 |

| | | | |
|---|---|---|---|
| 12-51539 | Todd Alan Huff and Myrtle May Huff | 13 | 11/30/2012 |
| 12-51587 | Frank Bryan Justus and Anita Jane Justus | 13 | 12/13/2012 |
| 12-51621 | Dave Allen Barrick | 13 | 12/21/2012 |
| 12-60032 | Barry Lee Hatcher | 13 | 1/6/2012 |
| 12-60163 | Martin Bradley Vincent and April Anita Vincent | 13 | 1/25/2012 |
| 12-60281 | Kimberly Gibson Angel | 13 | 2/7/2012 |
| 12-60305 | Carl Franklin White, Jr. | 13 | 2/9/2012 |
| 12-60384 | Gabriel K Will | 13 | 2/17/2012 |
| 12-60557 | Bruce Wayne Lotts and Jody Branham Lotts | 13 | 3/6/2012 |
| 12-60569 | Patricia Jones Griggs | 13 | 3/7/2012 |
| 12-60594 | Darryl Glenn Carter | 13 | 3/12/2012 |
| 12-60698 | William Lester Sell and Mable Lanelle Sell | 13 | 3/21/2012 |
| 12-60707 | Chris D. Francis and Marcia L. Francis | 13 | 3/22/2012 |
| 12-60721 | Joan Marie Lawhorn | 7 | 3/23/2012 |
| 12-60724 | Terry Lee Yates and Toni Adair Yates | 13 | 3/23/2012 |
| 12-60727 | Donald Wayne Mayo and Elizabeth Fitzgerald Mayo | 13 | 3/23/2012 |
| 12-60735 | Vicky Moore Barber | 13 | 3/26/2012 |
| 12-60829 | M Linda Fisher | 13 | 4/4/2012 |
| 12-60883 | Jay G. Yelle and Maffy C. Yelle | 13 | 4/12/2012 |
| 12-60914 | Olander Carter, Sr. and Mable F Carter | 13 | 4/16/2012 |
| 12-60996 | Phillip Edley | 13 | 4/24/2012 |
| 12-61000 | Samuel Dale Nester and Mary Frances Nester | 13 | 4/25/2012 |
| 12-61050 | Eric Douglas Leavitt and Jennifer Moon Leavitt | 13 | 4/30/2012 |
| 12-61091 | Jason Antonio Ferguson and Danielle Idonia Carey-Ferguson | 13 | 5/4/2012 |
| 12-61110 | Andrea Felice Washington | 13 | 5/7/2012 |
| 12-61112 | Tremele Glen Washington and Olga Ann Washington | 13 | 5/7/2012 |
| 12-61212 | James Edward Morton, Sr. | 13 | 5/18/2012 |
| 12-61220 | Cynthia Steppe | 13 | 5/21/2012 |
| 12-61224 | Shelley Lorraine Matthews | 13 | 5/21/2012 |
| 12-61239 | Marquita C Morris | 13 | 5/23/2012 |
| 12-61269 | Maureen P. Chandler | 13 | 5/24/2012 |
| 12-61428 | Allen Jason Rogers and Cynthia Lyn Rogers | 13 | 6/14/2012 |
| 12-61447 | Robert Atwell Dudley | 13 | 6/15/2012 |
| 12-61467 | John S Goode and Nicole M Goode | 13 | 6/19/2012 |
| 12-61634 | John E Newman and Robin A Ruffner-Newman | 13 | 7/12/2012 |
| 12-61656 | Edward John Wesley Stengel | 13 | 7/16/2012 |
| 12-61663 | Marshall S. Hopkins and Melissa B. Hopkins | 13 | 7/17/2012 |
| 12-61672 | Lyketha Schnea Cannon | 13 | 7/18/2012 |
| 12-61721 | Anthony Lee Flowers and Sharon Hartberger Flowers | 13 | 7/24/2012 |
| 12-61753 | Mark V Ray | 13 | 7/27/2012 |
| 12-61773 | Sharon McQueary | 13 | 7/30/2012 |
| 12-61826 | Aaron Christopher Johnson | 13 | 8/3/2012 |

| | | | |
|---|---|---|---|
| 12-61908 | Charles Kenneth Wilson and Kimberly Surratt Wilson | 13 | 8/17/2012 |
| 12-61946 | Iris D. White | 13 | 8/22/2012 |
| 12-61961 | Michael Carl Arcoraci and Sandra Marie Arcoraci | 13 | 8/23/2012 |
| 12-62088 | Wayne Franklin Baldwin | 13 | 9/9/2012 |
| 12-62130 | William H. Phelps and Theresa H. Phelps | 13 | 9/14/2012 |
| 12-62136 | Philip Henry Blane | 13 | 9/14/2012 |
| 12-62150 | Delinda Hairston Jackson | 7 | 9/18/2012 |
| 12-62261 | Shane Salvatore Coyle and Michelle Lynn Coyle | 13 | 10/1/2012 |
| 12-62311 | Susan Jeanette Lance | 13 | 10/9/2012 |
| 12-62511 | Aaron Jay Ferguson | 13 | 11/1/2012 |
| 12-62543 | Carol S Tyree | 13 | 11/6/2012 |
| 12-62581 | Donald NMN Dillard and Mary Louise Dillard | 13 | 11/13/2012 |
| 12-62636 | Ronald K Hughes and Bernadean S Hughes | 13 | 11/20/2012 |
| 12-62723 | Monica Murrell Petty | 13 | 11/30/2012 |
| 12-62736 | Barbara Ann Scruggs | 13 | 12/4/2012 |
| 12-62778 | Matrissa Danyette Carter | 13 | 12/11/2012 |
| 12-62842 | Mark McCue McAllister and Jessica Rae Kassay-McAllister | 13 | 12/19/2012 |
| 12-70015 | Debra Katherine Sweeney | 13 | 1/5/2012 |
| 12-70067 | William James Knapp | 13 | 1/13/2012 |
| 12-70123 | Frederica Lenora Payne | 13 | 1/26/2012 |
| 12-70296 | Noel Kyong Suk Sin | 13 | 2/20/2012 |
| 12-70319 | Joseph Glen Slemp and Mitzi Hamilton Slemp | 13 | 2/22/2012 |
| 12-70419 | Scott Joseph Barry, Jr | 13 | 3/5/2012 |
| 12-70533 | Richard Lee Hamm and Roxanne Angela Hamm | 13 | 3/22/2012 |
| 12-70668 | Reginald Alexis Oliphant | 13 | 4/6/2012 |
| 12-70734 | Bobby Palmer Blevins and Leslie Geraldine Blevins | 13 | 4/17/2012 |
| 12-70784 | Stephanie Dawn Cook | 13 | 4/24/2012 |
| 12-70887 | Glenn Cecil Watson, III | 13 | 5/7/2012 |
| 12-71066 | Scott Andrew Shive and Joan Elaine Shive | 13 | 6/1/2012 |
| 12-71083 | Betty Jean Whitaker | 13 | 6/4/2012 |
| 12-71087 | Edward Wilhoit Gallagher, Jr. and Karen Evans Gallagher | 13 | 6/4/2012 |
| 12-71157 | Mark Howard Mullins and Kimberly Ann Mullins | 13 | 6/18/2012 |
| 12-71188 | Thomas Morton Marlowe | 13 | 6/22/2012 |
| 12-71189 | Ernest Lee Coburn, Jr. | 7 | 6/22/2012 |
| 12-71349 | William Patrick Enslow and Barbara Ann Enslow | 13 | 7/20/2012 |
| 12-71350 | Brenda Marie Spence | 13 | 7/20/2012 |
| 12-71412 | James Sherman Muncey and Dorothy Walker Talaga | 13 | 7/31/2012 |
| 12-71469 | Kent Dwayne Mullins | 13 | 8/8/2012 |
| 12-71578 | John Taw Chitwood, III | 7 | 8/24/2012 |
| 12-71593 | Donald Jeffery Joseph | 13 | 8/27/2012 |
| 12-71732 | Paul Sampson Whittaker and Amy Thompson Whittaker | 13 | 9/21/2012 |

| | | | |
|---|---|---|---|
| 12-71734 | Timothy James Johnson and Sally Wilkerson Johnson | 13 | 9/21/2012 |
| 12-71748 | Melynda Gayle Blevins | 13 | 9/24/2012 |
| 12-71825 | Kevin Eugene Hodnett | 13 | 10/4/2012 |
| 12-71951 | Gregory Clark Davis | 7 | 10/26/2012 |
| 12-71987 | Richard Dean Bryant and Daphne Yvonne Bryant | 13 | 11/5/2012 |
| 12-72025 | Derek Winston Byers and Alicia Dione Byers | 13 | 11/13/2012 |
| 12-72216 | Henry Marcellious Shell, Jr and Kelley Burns Shell | 13 | 12/19/2012 |
| 13-50021 | Jesus A Albarracin and Magda Espinoza | 13 | 1/6/2013 |
| 13-50038 | Adam Conrad Dooley and Rebecca Ann Dooley | 7 | 1/9/2013 |
| 13-50090 | Kimberly Dawn Bowers | 13 | 1/22/2013 |
| 13-50099 | Troy A. Riley and Mari P. Riley | 7 | 1/22/2013 |
| 13-50431 | Helen Juliet Miller | 7 | 4/9/2013 |
| 13-50586 | Gary L. Huffman and Wanda Huffman | 13 | 5/8/2013 |
| 13-50743 | Oscar O. Lyabaya | 13 | 6/10/2013 |
| 13-50796 | John T. Whittington and Nancy P. Whittington | 13 | 6/21/2013 |
| 13-50940 | Kayde Michelle Plunkett | 13 | 7/24/2013 |
| 13-51466 | Jonathan Earl Bryant | 13 | 12/2/2013 |
| 13-51519 | Steven L. Rhinehart and Delberta L. Rhinehart | 13 | 12/16/2013 |
| 13-51540 | William Wesley Jarrett | 13 | 12/20/2013 |
| 13-60074 | Wendy Caroline Jacobs | 13 | 1/15/2013 |
| 13-60083 | Sterling Wallace Durrett, Jr. | 13 | 1/17/2013 |
| 13-60138 | Brian Peter Kingsley and Patricia Anne Kingsley | 13 | 1/24/2013 |
| 13-60230 | Robert Allen McEwen, II and Terese Marie McEwen | 13 | 2/4/2013 |
| 13-60345 | Ralph Mitchum Powell, Sr. and Carolyn Grubbs Powell | 13 | 2/20/2013 |
| 13-60415 | Russell E White and Kristine K White | 13 | 2/27/2013 |
| 13-60508 | Melissa S Panter | 13 | 3/7/2013 |
| 13-60545 | Troy Bernard Mitchell | 13 | 3/13/2013 |
| 13-60748 | Teddy H Davis and Cynthia N Davis | 13 | 4/5/2013 |
| 13-60770 | Charles Robert McCallam and Deborah Lynn McCallam | 13 | 4/9/2013 |
| 13-60780 | Leon Henderson Easterling and Mae Lean Easterling | 13 | 4/10/2013 |
| 13-60847 | Carson Montgomery Warrick, Sr. and Gail Irene Warrick | 13 | 4/18/2013 |
| 13-60946 | Tammy Diane Brooks | 13 | 4/29/2013 |
| 13-60953 | Pushall Louise Colbert | 13 | 4/30/2013 |
| 13-60977 | Christine Anne Johnston | 13 | 5/1/2013 |
| 13-61000 | Albert Arnold Bates, Jr. and Valerie Shifflett Bates | 13 | 5/6/2013 |
| 13-61076 | David Henry Partusch, III and Jessica Nicole Partusch | 13 | 5/17/2013 |
| 13-61091 | Charles Edward Lyons, Jr. and Tamara Curtis Lyons | 13 | 5/20/2013 |

| | | | |
|---|---|---|---|
| 13-61227 | James Kevin Walls and Rhondell Antoinette Walls | 13 | 6/11/2013 |
| 13-61343 | David Wayne Peters and Shannon Elizabeth Peters | 13 | 6/27/2013 |
| 13-61441 | Randy D Dinwiddie | 13 | 7/15/2013 |
| 13-61443 | Colleen Evans Trotter | 13 | 7/15/2013 |
| 13-61485 | Rashad Ahmad Najeeulah and Delphine Adell Mays | 13 | 7/19/2013 |
| 13-61577 | William Douglas Bare | 13 | 7/31/2013 |
| 13-61724 | Terry C Davis | 13 | 8/26/2013 |
| 13-61730 | Leslie Monique Alexander-Simpson | 13 | 8/26/2013 |
| 13-61752 | Stephanie Vaughan Mace | 13 | 8/28/2013 |
| 13-61768 | Cyril N. Connaughton and Elizabeth A. Connaughton | 13 | 8/29/2013 |
| 13-61889 | Nathaniel R Chiles | 13 | 9/17/2013 |
| 13-61905 | Teressa McCray Mayo | 13 | 9/19/2013 |
| 13-61951 | Joseph R. Buckley, Sr. | 13 | 9/25/2013 |
| 13-62031 | Allison Ray Brewer | 13 | 10/2/2013 |
| 13-62076 | Vicky Gaye Belcher | 13 | 10/8/2013 |
| 13-62115 | Ricky G Tilley, Jr. and Whitney B Tilley | 13 | 10/14/2013 |
| 13-62131 | Barbara Teresa Rose | 13 | 10/16/2013 |
| 13-62178 | Patrick Thomas Robert Dempsey and Lynda Dian Dempsey | 13 | 10/23/2013 |
| 13-62243 | Wayne Vallitine Fountain and Olivia Lillian Fountain | 13 | 10/30/2013 |
| 13-62294 | Treatrous Ann Jackson | 13 | 11/8/2013 |
| 13-62385 | Caleb Joseph Hinchey | 13 | 11/20/2013 |
| 13-62468 | Debra Jean Thomas | 13 | 12/2/2013 |
| 13-62539 | Rashanda Delish Spinner | 13 | 12/13/2013 |
| 13-62546 | Cordelia Bell Cook | 13 | 12/15/2013 |
| 13-62605 | Cynthia Louise Curnow-Armstrong | 13 | 12/22/2013 |
| 13-62629 | Percy Charles Younger | 13 | 12/29/2013 |
| 13-70072 | James Ivan Wyatt, Jr | 13 | 1/11/2013 |
| 13-70173 | Kendall Lee Beckner and Carol Kirk Beckner | 13 | 2/1/2013 |
| 13-70186 | Ray Alan Miles, Sr. and Sally Renee Miles | 13 | 2/5/2013 |
| 13-70204 | Ralph Lafayette Harless and Karen Kay Harless | 13 | 2/8/2013 |
| 13-70302 | John Jefferson Copper and Nancy Hurt Copper | 13 | 2/28/2013 |
| 13-70325 | William Richard Fox and Sherry Bradley Fox | 13 | 3/1/2013 |
| 13-70406 | Joshua Paul-Glen Tuggle and Janet Arlene White | 13 | 3/13/2013 |
| 13-70450 | Jason Earl Hoose | 13 | 3/20/2013 |
| 13-70555 | Albert Cecil Smith, Jr. and Lisa Candler Smith | 13 | 4/4/2013 |
| 13-70638 | Uva C. Havens | 13 | 4/17/2013 |
| 13-70726 | Donna June Manning | 13 | 4/30/2013 |
| 13-70768 | Gerald Gordon Widener and Vickie Lynne Widener | 13 | 5/6/2013 |
| 13-70921 | Lloyd Lee Womack and Barbara Duncan Womack | 13 | 5/29/2013 |

| | | | |
|---|---|---|---|
| 13-71102 | Patricia Ann Edwards | 13 | 7/1/2013 |
| 13-71179 | Dewey Clayton McClintock and Karen Pollard McClintock | 13 | 7/18/2013 |
| 13-71273 | Burnett Leon Shelton | 13 | 8/5/2013 |
| 13-71274 | Walter Duayne Kendrick and Carrie Ann Kendrick | 13 | 8/5/2013 |
| 13-71318 | Randall Dwight Meade | 13 | 8/14/2013 |
| 13-71338 | Richard Paul Harrison | 13 | 8/16/2013 |
| 13-71396 | Billy Ray Hypes | 13 | 8/29/2013 |
| 13-71530 | Jerry Dean McClure and Linda Irene McClure | 13 | 9/23/2013 |
| 13-71538 | Kelly Sue Vandyke | 13 | 9/24/2013 |
| 13-71551 | Saul O. Ulloa and Alba I. Ulloa | 13 | 9/27/2013 |
| 13-71747 | Anthony Wayne Caldwell | 13 | 10/25/2013 |
| 13-71809 | Cory Lee Neighbors | 13 | 11/6/2013 |
| 13-71856 | Daniel Eugene Goad, Jr. and Penny Gayle Goad | 13 | 11/13/2013 |
| 13-71858 | Richard Lee Watkins and Linda Ellis Watkins | 13 | 11/13/2013 |
| 13-71932 | Kermit Edward Allman, Jr. and Billie Jo Allman | 13 | 11/27/2013 |
| 13-71978 | Maria Shanette Clark | 13 | 12/9/2013 |
| 13-72070 | James M Fuller | 13 | 12/26/2013 |
| 13-72083 | Donna Marie Ostendorf | 13 | 9/14/2010 |
| 14-50078 | Josephine E. Cline | 13 | 1/29/2014 |
| 14-50104 | Paul W. Layne and Lennis D. Layne | 13 | 2/3/2014 |
| 14-50581 | Dawn M. Miller | 13 | 5/19/2014 |
| 14-50670 | Thomas Kenton Hayes and Angela Marie Hayes | 13 | 6/9/2014 |
| 14-50740 | Jonathan Clinton Burns and Kayla Rose Burns | 13 | 6/30/2014 |
| 14-50882 | Bobby Eugene Harlow and Vickie Lambert Harlow | 13 | 8/13/2014 |
| 14-50938 | David P. Miller | 13 | 8/29/2014 |
| 14-51017 | Linda Jo Acuff | 13 | 9/22/2014 |
| 14-51052 | Scot Alan Miller | 13 | 9/30/2014 |
| 14-51062 | Terry J. Hemingway | 13 | 10/6/2014 |
| 14-51068 | Pamela Dawn Bean | 7 | 10/8/2014 |
| 14-51164 | Juan Antonio Miller and JoAnna Davis Miller | 13 | 11/5/2014 |
| 14-51229 | Sandra Judith Fuentes | 13 | 11/25/2014 |
| 14-51268 | James Wilson Doyle and Cassandra Holsinger Doyle | 13 | 12/10/2014 |
| 14-60045 | David Louis Grooms, Jr and Latoya Renee Grooms | 13 | 1/9/2014 |
| 14-60055 | Theresa A Rose | 13 | 1/10/2014 |
| 14-60064 | Gerald Wayne Jones and Kathy Lynn Jones | 13 | 1/13/2014 |
| 14-60098 | David Jason Harris | 13 | 1/17/2014 |
| 14-60164 | Melissa L. Carter | 13 | 1/27/2014 |
| 14-60170 | Sarah Gazillo Mahoney | 13 | 1/28/2014 |
| 14-60173 | Kevin James Calhoun | 13 | 1/29/2014 |
| 14-60226 | James T Spraggins | 13 | 2/6/2014 |
| 14-60244 | Christy Chantell Holland | 13 | 2/10/2014 |
| 14-60347 | Raymond Samuel Johnson | 13 | 2/26/2014 |

| | | | |
|---|---|---|---|
| 14-60358 | Brandon W Gibson | 13 | 2/27/2014 |
| 14-60376 | Mary A Woody | 13 | 2/28/2014 |
| 14-60476 | Joseph Edward Adams | 13 | 3/13/2014 |
| 14-60497 | Demetrio Augusto Ford and Yesenia Eugenia Ford | 13 | 3/17/2014 |
| 14-60535 | Karen Palmiter Fassel | 13 | 3/20/2014 |
| 14-60540 | Randall Christopher Garcia | 13 | 3/20/2014 |
| 14-60601 | Lorenzo Maurice Dixon and Brenda Lee Dixon | 13 | 3/31/2014 |
| 14-60720 | Edward L Floyd and Misty L Floyd | 13 | 4/16/2014 |
| 14-60745 | Elmer Lee Haines, Jr. | 13 | 4/18/2014 |
| 14-60747 | Sarita Arlene Bolden | 13 | 4/18/2014 |
| 14-60756 | Michael Harmon | 13 | 4/21/2014 |
| 14-60795 | Kristopher L Williams | 13 | 4/28/2014 |
| 14-60813 | Lloyd D Evans and Brenda O Evans | 13 | 4/29/2014 |
| 14-60890 | Alon O Slaughter and Melissa R Slaughter | 13 | 5/12/2014 |
| 14-60985 | Kimberly A Spraker | 13 | 5/23/2014 |
| 14-60987 | Emir K Davis | 13 | 5/23/2014 |
| 14-61070 | Karenne Gayle Wood | 13 | 6/3/2014 |
| 14-61144 | Laurianne Ada Waterfield Callison | 13 | 6/16/2014 |
| 14-61296 | Darrick K McDaniel | 13 | 7/10/2014 |
| 14-61344 | Linda Hunt Booth | 13 | 7/17/2014 |
| 14-61396 | Christine Johnson Pendleton | 13 | 7/23/2014 |
| 14-61431 | Amy Kathleen Sites | 13 | 7/28/2014 |
| 14-61465 | Barry Keith Williams and Vickie Gregory Williams | 13 | 7/31/2014 |
| 14-61499 | Brandy Leigh Goode | 13 | 8/6/2014 |
| 14-61510 | Aaron Andrew Sprouse | 7 | 8/8/2014 |
| 14-61514 | Phillip S Snoddy and Rachel E Snoddy | 13 | 8/8/2014 |
| 14-61533 | David Stanley Nowakoski and Elizabeth Keen Nowakoski | 13 | 8/12/2014 |
| 14-61570 | Kenneth Elvin Davis and Lynne Monique Davis | 13 | 8/19/2014 |
| 14-61572 | Pamela McIvor Donigan | 13 | 8/19/2014 |
| 14-61574 | Carlton L Tweedy | 13 | 8/19/2014 |
| 14-61636 | Ronald David Austin and Regina Annette Austin | 13 | 8/29/2014 |
| 14-61654 | Frances Leolia Jones | 13 | 8/29/2014 |
| 14-61677 | Jimmie L. Hoke and Elaine B. Hoke | 13 | 9/4/2014 |
| 14-61794 | Haris Bukvic | 13 | 9/18/2014 |
| 14-61799 | John B Settle and Viola L Settle | 13 | 9/20/2014 |
| 14-61815 | J. Scott Kelley | 13 | 9/23/2014 |
| 14-61891 | James Robert Carter and Julie Curtis Carter | 13 | 9/30/2014 |
| 14-61906 | Michael Wayne Edwards | 7 | 10/3/2014 |
| 14-61909 | Ray A White | 13 | 10/3/2014 |
| 14-61920 | Annie Mae Holden | 13 | 10/6/2014 |
| 14-61972 | Carl Franklin Raines | 13 | 10/14/2014 |
| 14-62038 | Roselio R Rioseco and Elisabeth S Rioseco | 13 | 10/23/2014 |
| 14-62089 | Patricia Ann Harris-Banks | 13 | 10/29/2014 |
| 14-62095 | Malcolm E Watkins and Tammy L Watkins | 13 | 10/30/2014 |
| 14-62096 | Tre J Smith and Rebecca C Smith | 13 | 10/30/2014 |

| | | | |
|---|---|---|---|
| 14-62142 | Jason Michael Rivers and Ashley Shelton Rivers | 13 | 11/3/2014 |
| 14-62248 | Mark Christopher Ingram and Julianne Marie Ingram | 13 | 11/18/2014 |
| 14-62300 | Timothy Scott Turley and Sherry Ann Turley | 13 | 11/25/2014 |
| 14-62304 | Janie Moxley Lester | 13 | 11/26/2014 |
| 14-62346 | Martha Marie Gilbert | 7 | 12/3/2014 |
| 14-70046 | Keith Allen Duncan and Vanessa Altizer Duncan | 13 | 1/8/2014 |
| 14-70074 | Shawn Denvert McFall | 13 | 1/15/2014 |
| 14-70078 | Jeffrey Allen Sheets | 13 | 1/15/2014 |
| 14-70125 | Norman Victor Charles Lamb and Cynthia Jo Wiley-Lamb | 13 | 1/27/2014 |
| 14-70190 | Edgar Michael Cromer and Pamela Robinson Cromer | 13 | 2/17/2014 |
| 14-70209 | David Edward Jordan and Tanya Lynn Jordan | 13 | 2/20/2014 |
| 14-70261 | Wendy Kay Baumgartner | 7 | 2/27/2014 |
| 14-70262 | Gerald Wayne Palmer, Jr. and Brandy Allred Palmer | 13 | 2/27/2014 |
| 14-70286 | Gary Michael Shelor and Sharon Harris Shelor | 13 | 3/4/2014 |
| 14-70311 | Diane Mahony Fitzgerald | 13 | 3/7/2014 |
| 14-70336 | Carol Anne Helms | 13 | 3/12/2014 |
| 14-70397 | Benny Lee Wirt, Jr. | 13 | 3/21/2014 |
| 14-70436 | Brandon A Carico and Janie B Carico | 13 | 3/31/2014 |
| 14-70483 | Johnny Ray Meredith and Phyllis Akers Meredith | 13 | 4/7/2014 |
| 14-70542 | Robert Jay Bergstrom and Christie Wynn Archer | 13 | 4/21/2014 |
| 14-70545 | Loretta Fawn Hall | 13 | 4/21/2014 |
| 14-70563 | Roger Lee Davis | 13 | 4/23/2014 |
| 14-70666 | Richard Grant Simms, II and Laura Anne Simms | 13 | 5/9/2014 |
| 14-70995 | Anthony Maurice Browne | 7 | 10/15/2012 |
| 14-71192 | Robert Paul Brein, II and Amanda Leah Brein | 13 | 8/27/2014 |
| 14-71222 | Stacey J Wright and Laura R. Wright | 13 | 9/2/2014 |
| 14-71259 | Michael Paul Sipe and Melissa Lester Sipe | 7 | 9/11/2014 |
| 14-71430 | Dustin Eric Peters and Staci Renee Peters | 13 | 10/13/2014 |
| 14-71502 | Sherry Austin Stanley | 13 | 10/29/2014 |
| 14-71596 | Steven Morris Ray | 13 | 11/17/2014 |
| 14-71615 | Mary Ellen Sharrett and Lawrence Douglas Sharrett, Sr. | 13 | 11/19/2014 |
| 15-50026 | Darla R MacDonald and John R MacDonald | 13 | 1/13/2015 |
| 15-50210 | Robin Jennifer Long | 13 | 3/6/2015 |
| 15-50257 | Robin Yvonne Ramirez | 7 | 3/23/2015 |
| 15-50371 | Faith C. Painter | 7 | 4/17/2015 |
| 15-50391 | Jerry West Poindexter | 7 | 4/22/2015 |
| 15-50414 | Patricia A Sours | 13 | 4/28/2015 |
| 15-50470 | Jennifer Lynn Rodes | 13 | 5/12/2015 |
| 15-50486 | Kenneth Dean Malcolm and Belinda May Malcolm | 13 | 5/14/2015 |
| 15-50532 | Suzan Kathleen Dodge | 13 | 5/27/2015 |
| 15-50564 | James Edward Harvey | 7 | 6/2/2015 |

| | | | |
|---|---|---|---|
| 15-50605 | Keith Eaton Humphries | 7 | 6/11/2015 |
| 15-50613 | Stephanie Rena Dean | 7 | 6/15/2015 |
| 15-60046 | Edward Lewis Booker, Sr. | 13 | 1/13/2015 |
| 15-60068 | Sheena Joy Lucio | 13 | 1/16/2015 |
| 15-60251 | Matthew Alan Coffey | 13 | 2/16/2015 |
| 15-60261 | Joshua Lynn Nozzi | 13 | 2/17/2015 |
| 15-60325 | Kenneth D Poteet, III and Jenein M Poteet | 13 | 2/25/2015 |
| 15-60404 | Keithan Dwayne Morris and Tracy Webb Morris | 13 | 3/5/2015 |
| 15-60428 | Peggy S Robinson | 13 | 3/9/2015 |
| 15-60484 | Paul McKinley Gregory, Jr and Joan Karen Gregory | 13 | 3/18/2015 |
| 15-60639 | Bonnie Sue Dennis | 13 | 4/7/2015 |
| 15-60640 | Richard Wayne Siever and April Hensley Siever | 13 | 4/8/2015 |
| 15-60671 | Christopher Lee Davis and Heather Marie Davis | 13 | 4/13/2015 |
| 15-60683 | James Garfield Dalton | 13 | 4/14/2015 |
| 15-60716 | Thomas Lamont Fitzgerald | 13 | 4/17/2015 |
| 15-60729 | Boris Alexis Valladares and Sandra Margarita Valladares | 13 | 4/20/2015 |
| 15-60820 | Quitman Jerrod Rosser and Tawanda Shay Rosser | 7 | 4/30/2015 |
| 15-60898 | Chance Alexander Kimble and Courtney Renee Kimble | 13 | 5/8/2015 |
| 15-60953 | Bobby R Hudson | 13 | 5/19/2015 |
| 15-60964 | Emily Jean Byers | 7 | 5/20/2015 |
| 15-60980 | Nicholas Dohn Davis and Kristen Denise Davis | 13 | 5/22/2015 |
| 15-61043 | Russell Halley and Anne-Marie Halley | 7 | 6/1/2015 |
| 15-61047 | Brandy Lynn White | 7 | 6/1/2015 |
| 15-61075 | Timothy Judy Bennett and Laura Ann Bennett | 7 | 6/5/2015 |
| 15-61141 | Tammy G Coalson | 13 | 6/18/2015 |
| 15-70005 | Carlan Ray Myers and Norma Jean Myers | 13 | 1/5/2015 |
| 15-70065 | James Olen Hudson and Esther Anderson Hudson | 13 | 1/16/2015 |
| 15-70168 | John Chapman Whittaker and Jessica Darlene Whittaker | 13 | 2/11/2015 |
| 15-70188 | Julie Ann Rader | 7 | 2/16/2015 |
| 15-70395 | Christopher Jacob Witt | 13 | 3/27/2015 |
| 15-70519 | Jerry Wayne Vance and Fran G. Farmer-Vance | 13 | 4/17/2015 |
| 15-70520 | Robert Wayne Wilcher | 13 | 4/17/2015 |
| 15-70526 | Catherine Dawn Pratt | 13 | 4/17/2015 |
| 15-70633 | Tony Warren Smith and Ginger Renee Smith | 7 | 5/6/2015 |
| 15-70653 | Thomas Edwin Surface and Nancy Vass Surface | 13 | 5/11/2015 |
| 15-70673 | James Franklin Riffle, Jr. and Jennifer Inez Riffle | 7 | 5/14/2015 |
| 15-70719 | Tommy Brian Scott and Rebecca Diane Scott | 13 | 5/22/2015 |